```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

PATRICK MAYS, on behalf
of himself and all others
similarly situated,

       Plaintiff,

v.                                   Civil Action No. 2:22-cv-00418

PEOPLES BANK,

       Defendant.

## JUDGMENT ORDER

Pursuant to the court's memorandum opinion and order this day entered, it is ORDERED that this case be, and hereby is, remanded to the Circuit Court of Nicholas County, West Virginia.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                          ENTER: July 23, 2024

                                          John T. Copenhaver, Jr.
                                          Senior United States District Judge